Frank J. Martinez (FJM-2149)
THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 253-C
Brooklyn, New York 11201
718.797.2341 Telephone
855.553.7004 Facsimile
FM@martinezgroup.com
Attorney Docket: 1354-1



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------- x

**HYPEFORTYPE, LTD.,**

                           Plaintiff,

-against-

**PETROL ADVERTISING, INC.,**

                           Defendant.

--------------------------------------------------------- x

CV 13    5221

__CV___

COMPLAINT

VITALIANO, J.
ORENSTEIN, M.J.

Plaintiff, HYPEFORTYPE, LTD. ("HFT" or "Plaintiff"), by and through its attorneys,

The Martinez Group PLLC, for its Complaint against Defendant ("PETROL" or "Defendant")

and, hereby alleges as follows:

## NATURE AND SUBSTANCE OF THE ACTION

1.     Plaintiff files this action against Defendant for Copyright Infringement under 17 U.S.C.

§501, et seq. and Breach of Contract under applicable state law.

2.     This action is brought in response to a classic case of Copyright infringement;

specifically, the unauthorized use of Plaintiff's copyrighted TAKU typeface font software

as a part of the branding, labeling and marketing Defendant created for SEGA OF

AMERICA, INC.'s *SEGA RALLY: ONLINE ARCADE* electronic game.

3.      SEGA OF AMERICA, INC. is not a party to this action.

4.      This action is brought in response to Defendant's unlicensed, unauthorized use and the

uncontrolled use of Plaintiff's typeface font software by way of such unlicensed actions.

5.      Plaintiff is the exclusive owner of the designs, copyrights and trademark associated with

the TAKU typeface font software.

6.      Upon information and belief, Plaintiff's records show that Defendant has no basic license

to use the TAKU typeface font software.

7.      Upon information and belief, Plaintiff's records further show that Defendant has

purchased no special licenses to use the TAKU typeface font software in the creation of

the branding and marketing for the *SEGA RALLY: ONLINE ARCADE* electronic game,

the uses complained of herein.

8.      Upon information and belief, Plaintiff's records show that Defendant is not otherwise

licensed or authorized to use or to cause others to use, copy or distribute copies of

Plaintiff's copyrighted typeface font software for use as part of branding and marketing

for electronic games, including SEGA OF AMERICA, INC.'s *SEGA RALLY: ONLINE

ARCADE* Game, the uses complained of herein.

9.      Title 17 of the United States Code (Copyright Act) and various provisions of State law

were enacted to provide remedies to copyright owners who suffer damages by reason of

such actions.

## JURISDICTION AND VENUE

10. This is an action for Copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. § 501, et seq., and for the related claims of Breach of Contract under applicable State laws, seeking damages by reason of Defendant's ongoing infringement of HFT's valid and subsisting copyright.

11. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331, 1332, 1338(a), and its supplemental jurisdiction, and under Rule 4 of the Federal Rules of Civil Procedure.

12. Venue is proper in this district under 28 U.S.C. § 1391 and § 1400 in that Defendant or Defendant's agents may be found in this District and, upon information and belief, Defendant transacts business in this District.

## THE PARTIES

13. Plaintiff HypeForType, Ltd. is a corporation formed under the laws of the United Kingdom with its principal place of business located at P.O. Box 4955 Calleywhite Lane Industrial Estate, Dronfield, S12 9DZ, United Kingdom.

14. Plaintiff conducts business throughout the world, the United States, the State of New York and the County of Kings via Plaintiff's commercial website on the Internet located at http://www.hypefortype.com.

15. Plaintiff also conducts business under the name THINKDUST via its commercial website http://www.thinkdust.com.

16. Plaintiff designs, creates and licenses, among other products and services, custom typeface font software for others and specializes in creating font software.

17.   Plaintiff offers its typeface font software for licensing to the third parties directly via its own websites and the websites of authorized distributors of Plaintiff's font software goods.

18.   Defendant PETROL ADVERTISING, INC. is a corporation formed under the laws of the State of California with its principal place of business located at 443 N. Varney Street, Burbank, California 91502.

19.   Upon information and belief, Defendant Petrol refers to itself on the Internet at www.petrolad.com, as PETROL and as being a full service design agency providing art direction, illustration, interactive and 3-D artistic services, among others.

20.   Upon information and belief, Defendant PETROL provides art and design related goods and services for use with or in entertainment products including, *inter alia*, electronic games and gaming devices.

21.   Upon information and belief, Defendant provided design services for SEGA OF AMERICA, INC.'s *SEGA RALLY* brand of electronic games and related products.

22.   Upon information and belief, Defendant Petrol conducts business worldwide, in the United States and the State of New York and the County of Kings by way of the Internet located at http://www.sega.com and by way of authorized third party distributors.

## FACTS COMMON TO ALL CLAIMS

23.   Plaintiff is engaged in the business of creating works of typographic art and graphic design as well as designing, creating, manufacturing, marketing, and licensing the use of customized typeface font software for others.

24.   Plaintiff licenses its typeface font software fonts directly from its own e-commerce websites at http://www.hypefortype.com and http://www.thinkdust.com, and by way of authorized third party distributors of such goods.

25.   Plaintiff is the creator of the TAKU typeface font software.

26.   Plaintiff is the exclusive owner of the U.S. Copyright Registration Serial Number TX 7-695-509 for the family of works entitled COMPUTER PROGRAMS FOR A TAKU FAMILY OF TYPEFACE FONTS, a copy of which is annexed hereto as Exhibit A.

27.   A showing of Plaintiff's TAKU typeface font family is annexed hereto as Exhibit B.

28.   Plaintiff has at all times been the exclusive owner of all right, title and interest in and to the TAKU typeface font software.

29.   Plaintiff's TAKU typeface font software has enjoyed copyright protection since June 18, 2013.

30.   Plaintiff's copyright is valid and subsisting.

31.   Plaintiff does not permit the unrestricted use of its typeface font software on goods for sale, *inter alia*, without the purchase of a special license.

32.   Special licenses to use the TAKU typeface font software can only be negotiated directly with Plaintiff.

33.   Plaintiff HFT controls the use of its typeface font software by means of its Font Software End User License Agreement ("EULA"), which specifically prohibits the uses complained of herein without the purchase of a special license; a copy of Plaintiff's EULA is annexed hereto as Exhibit C.

34.   Plaintiff HFT has sold, continues to sell, and derives significant revenue from the sale of licenses to use its TAKU typeface font software.

**DEFENDANT'S ACTIONS**

35.    Upon information and belief, Defendant Petrol created the logo, identity using Plaintiff's TAKU type face font software for the benefit of SEGA OF AMERICA, INC., evidence of which is annexed hereto as Exhibit D.

36.    Upon information and belief, Defendant provided such design services using Plaintiff's copyrighted TAKU typeface font software to SEGA OF AMERICA, INC, for use with the SEGA RALLY: ONLINE ARCADE electronic game, showings of which is annexed hereto as Exhibit E.

37.    Upon information and belief, Plaintiff's records show that Defendant has not purchased any basic licenses to use the TAKU typeface font software.

38.    Upon information and belief, Plaintiff's records further show no agent or contractor has inquired as to the purchase of any Special Font Licensing upgrades to use the TAKU typeface font software.

39.    Upon information and belief, Plaintiff's records further show that Defendant has not purchased any Special Font Licensing upgrades to use the individual TAKU typeface font software as part of its branding and marketing for itself or for the benefit of its client, SEGA OF AMERICA, INC. for use with its *SEGA RALLY: ONLINE ARCADE* electronic game.

40.    Defendant's use of the TAKU typeface font software in the manner complained of herein represents an ongoing infringement of Plaintiff's valid copyright in and to the TAKU typeface font software.

41.   The natural, probable, and foreseeable result of Defendant's wrongful conduct has and continues to be to deprive HFT of the benefits and revenue from the sale of appropriate licenses to use the TAKU typeface font software in the manners complained of herein.

42.   The natural, probable and foreseeable result of Defendant's wrongful conduct has and continues to be to injure HFT's relationships with present and prospective customers who rely on the cachet that exclusive licensing creates in HFT's TAKU typeface font software.

43.   HFT has lost and will continue to lose substantial revenue from Defendant's wrongful use, copying, and distribution of its TAKU typeface font software.

44.   Defendant's wrongful conduct has and will continue to deprive HFT of opportunities for expanding the goodwill associated with the TAKU REGULAR typeface font software.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 501 et seq.

45.   Plaintiff repeats and realleges each and every allegation of the Complaint as set forth in Paragraphs 1 through 44 inclusive and incorporates them herein by this reference.

46.   Upon information and belief, Defendant has used and/or caused others to use Plaintiff's TAKU typeface font software in unlicensed uses as part of the graphics created for the packaging, branding and marketing for the *SEGA RALLY: ONLINE ARCADE* electronic game.

47.   By reason thereof, Defendant has infringed and will continue to infringe Plaintiff's valuable copyright in and to the TAKU typeface font software.

48.   Defendant's actions represent a past and ongoing infringement of Plaintiff's Copyright under 17 U.S.C. § 501, et seq.

{00021605 v.1}                                      7

49. Plaintiff is entitled to recover damages it has sustained and will continue to sustain, together with any gains, profits, and advantages obtained by Defendant as a result of the acts of infringement alleged herein.

50. At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Plaintiff but are reasonably not less than one hundred and fifty thousand dollars ($150,000).

51. Plaintiff has no adequate remedy at law.

## SECOND CAUSE OF ACTION
## BREACH OF CONTRACT

52. Plaintiff repeats and re-alleges each and every allegation of the Complaint as set forth in Paragraphs 1 through 51 inclusive and incorporates them herein by this reference.

53. At this time, it is unknown at this time whether any license exists between Plaintiff and Defendant.

54. At this time, it is unknown at this time whether any license exists between Plaintiff and any agent or third party contractor working for Defendant licensing the use of the TAKU typeface font software in the manners complained of herein.

55. Upon information and belief, no basic or special licenses have been purchased by Defendant permitting the uses complained of herein.

56. Upon information and belief, in the event that a contract does exist between Plaintiff and Defendant, the uses complained of herein would require the purchase of a basic license and a special license permitting the use of the font software in the manners complained of herein.

57.  By reason thereof and, in the event a basic license does exist between Plaintiff and Defendant, Defendant's actions constitute a breach of any contract that exists or may have existed.

58.  Plaintiff is entitled to recover damages it has sustained and will continue to sustain, together with any gains, profits, and advantages obtained by Defendant as a result of the acts of infringement identified herein.

59.  At present, the amount of such damages, gains, profits, and advantages cannot be fully ascertained by Plaintiff but are reasonably not less than one hundred and fifty thousand dollars ($150,000).

60.  Plaintiff has no adequate remedy at law.

**WHEREFORE**, Plaintiff respectfully requests and prays that this Court will:

1.  Preliminarily and permanently enjoin and restrain Defendant, its officers, directors, principals, agents, servants, employees, successors, assigns, and all those in active concert or participation with it from:

   (a)  Imitating, copying, distributing, or making unauthorized use of HFT's registered copyrights including the infringing uses of the TAKU typeface font software complained of herein; and.

   (b)  Manufacturing, creating, producing, advertising, promoting, or displaying any products, displays or advertisements bearing any simulation, reproduction, counterfeit, copy, derivative version, or colorable imitation of Plaintiff's copyrighted TAKU typeface font

software created by way of the unauthorized use of HFT's TAKU typeface font software.

2. Direct that Defendant deliver for destruction at Defendant's expense, *inter alia*, all copies of the infringing works identified herein that bear or were created through the unauthorized use of Plaintiff's copyrighted TAKU typeface font software or a derivative version thereof, together with any and all computer files, hard drives, computer programs, solid state drives, disks, CD-ROMs and DVDs bearing unauthorized, derivative and/or infringing copies of the TAKU typeface font software, as well as any and all other recorded media, graphical representations, displays on the Internet, marketing materials and merchandise in Defendant's possession or under their control that were created or that bear the result of the unauthorized use of HFT's typeface font software.

3. Direct the imposition of a constructive trust for all monies received by Defendant from all sales, license, payments or other benefits received by reason of the unauthorized use of Plaintiff's typeface font software.

4. Direct that Defendant be required to pay HFT damages in the amount of $150,000 per infringing use of Plaintiff's copyrighted work for all gains, profits, and advantages derived by Defendant though their infringement of HFT's copyright.

5. Direct that Defendant be required to pay to HFT such other damages that it has sustained as a consequence of Defendant's breach of contract, if any, as well as the unauthorized use, copying, and distribution of HFT's typeface font software.

6. Direct that Defendant be ordered to make a written report within a reasonable period of time to be filed with the Court detailing the manner of compliance with the requested injunctive and mandatory relief above.

7.     Award HFT the costs of this action together with reasonable attorneys' fees.

8.     Award HFT such other and further relief as the Court may deem just and proper.

**JURY DEMAND**

Plaintiff HypeForType, Ltd. hereby demands a trial by jury.

Dated: <u>September 19, 2013</u>

                             Respectfully submitted,
                             THE MARTINEZ GROUP PLLC

By:    _____
                             Frank J. Martinez (FJM-2149)
                             *Attorney for Plaintiff*
                             *HypeForType, Ltd.*

                             THE MARTINEZ GROUP PLLC
                             55 Washington Street, Suite 253-C
                             Brooklyn, New York 11201
                             718.797.2341 Telephone
                             855.553.7004 Facsimile
                             FM@martinezgroup.com

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-695-509

**Effective date of
registration:**

June 18, 2013

---

## Title ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

       **Title of Work:** Computer Programs for a TAKU FAMILY of Typeface Fonts

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━

    **Year of Completion:** 2008

 **Date of 1st Publication:** November 15, 2008    **Nation of 1st Publication:** United Kingdom

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

   ■        **Author:** HYPFORTYPE LTD. d/b/a THINKDUST

     **Author Created:** text of computer program

 **Work made for hire:** Yes

       **Citizen of:** United Kingdom

## Copyright claimant ━━━━━━━━━━━━━━━━━━━━━━━

   **Copyright Claimant:** HYPEFORTYPE LTD. d/b/a THINKDUST

                     P.O. BOX 4955, Calleywhite Lane Ind Est, Dronfield, S12 9DZ, United
                     Kingdom

## Limitation of copyright claim ━━━━━━━━━━━━━━━

 **Material excluded from this claim:** Text of software program entitled "Fontographer"

  **New material included in claim:** text of computer program

## Rights and Permissions ━━━━━━━━━━━━━━━━━━━━

    **Organization Name:** HYPFORTYPE LTD.

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━

           **Name:** Frank J. Martinez, Esq.

            **Date:** June 18, 2013

 **Applicant's Tracking Number:** 1354-5

      **Correspondence:** Yes

**FONTLAB FONT TEST**

Font: Taku

Size: 24

6/18/2013 8:49

Page 1/1

!"#$%&'()*+,-./0123456789:;<=>?

@ABCDEFGHIJKLMNOPQRSTUVWXYZ[\]^_

`ABCDEFGHIJKLMNOPQRSTUVWXYZ{|}~

€‚ƒ„…†‡ˆ‰Š‹Œ Ž ''""•–—˜™š›œ žŸ

¡¢£¤¥¦§¨©ª«¬®¯°±²³´µ¶·¸¹º»¼½¾¿

ÀÁÂÃÄÅÆÇÈÉÊËÌÍÎÏÐÑÒÓÔÕÖ×ØÙÚÛÜÝÞß

àáâãäåæçèéêëìíîïðñòóôõö÷øùúûüýþÿ

**FONTLAB FONT TEST**

Font: Taku Solid

Size: 24

6/18/2013 8:50

Page 1/1

!"#$%&'()*+,-./0123456789:;<=>?

@ABCDEFGHIJKLMNOPQRSTUVWXYZ[\]^_

`ABCD3FGHIJKLMNOPQRSTUVWXYZ{|}~¡¢

£¤¥¦§¨©ª«¬®¯°±²³

´µ¶·¸¹º»¼½¾¿ÀÁÂÃÄÅÆÇÈÉÊËÌÍÎÏÐÑÒÓÔÕÖ×

ØÙÚÛÜÝÞßàáâãäåæçèéêëìíîïðñòóôõö÷

øùúûüýþÿ‌‍‐‑‒–—―‖

‗'''‚‛""„‟†‡•…‰′″‴‵

 µ‐—

**HypeForType Standard License Agreement (Legal Agreement)**

By downloading and/or installing HypeForType font software you agree to the following terms;

**Acknowledgement**

IMPORTANT NOTICE: HYPEFORTYPE (HFT) IS WILLING TO LICENSE THE LICENSED PRODUCT TO LICENSEE ONLY ON THE CONDITION THAT LICENSEE ACCEPTS THE TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT. BY PLACING AN ORDER FOR AND ACCEPTING HFT FONT SOFTWARE (ELECTRONIC DATA), OR BY DOWNLOADING THE SOFTWARE AND CLICKING THE "I ACCEPT" BUTTON (OR SIMILAR ONLINE ACCEPTANCE MECHANISM) ACCOMPANYING THIS LICENSE, LICENSEE ACKNOWLEDGES THAT IT HAS READ ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, UNDERSTANDS THEM, AND AGREES TO BE BOUND BY THEM. IF LICENSEE DOES NOT AGREE TO THESE TERMS AND CONDITIONS, LICENSEE MUST PROMPTLY CEASE DOWNLOAD OR DELIVERY OR USE OF THE LICENSED PRODUCT AND RETURN THE LICENSED PRODUCT AND ALL ACCOMPANYING ITEMS, IF ANY, TO HFT OR ITS RESELLER FOR A FULL REFUND OF THE LICENSE FEE WHICH LICENSEE PAID FOR THE LICENSED PRODUCT, AND LICENSEE MUST IMMEDIATELY DELETE ANY PORTION OF THE FONT SOFTWARE INSTALLED ON LICENSEE'S COMPUTER(S).

**1. Grant of License**

In consideration of payment of the license fee, included in the price paid by the Licensee for this product, the Licensor grants to the Licensee a non-exclusive right to use this product, which consists of electronic data to display and output PostScript®, TrueType® or OpenType® typefaces. This electronic data may be installed on up to five (5) CPUs. If you are using this product with more than five (5) CPUs, you are required to obtain a Multi-User License for the appropriate number of CPUs/Users. (See Multi-User Licenses section below). The terms of this Agreement are contractual in nature and not mere recitations. When you order fonts through HypeForType.com, you are able to purchase your Multi-User License(s) at the same time. 1 (a). License Extensions. You are able to add additional Multi-User Licenses for the same font products for a period of three (3) years from the date of your original purchase. 1 (b). Multi-User Licenses   HFT calculates Multi-User Licenses based on the chart below. The price HFT charges you will be calculated based on the Recommended End User Price times the number of CPUs or Users, (whichever is the greater). The maximum number of CPUs licensed is equal to the number of users selected in the applicable receipt. Please retain this receipt as proof. If your Multi-User Licensing requirements exceed our current calculations within the shopping cart please contact HFT for additional information.

**2. Ownership**

HFT retains intellectual property rights, title and ownership of any of its electronic data provided. This title and ownership extends to copies of the data installed on any computer, downloaded to any output device, or retained on other media by the Licensee as a backup. This license does not constitute an exclusive sale of the original product to the Licensee. This Agreement does not grant you any right to patents, copyrights, trade secrets, trade names, trademarks (whether registered or unregistered), or any other rights, franchises or licenses in respect of the electronic data. No rights are granted to you other than a License to use the electronic data on the terms expressly set forth in this Agreement. The Licensee further acknowledges and agrees that the structure, organisation and code of the font software are valuable trade secrets and confidential information of HFT. The font software is protected by copyright including without limitation, by United Kingdom Copyright Law, international treaty provisions, and applicable laws in the jurisdiction of use.

## 3. Copy Restrictions

This product is copyrighted and contains proprietary information and trade secrets of HFT. Unauthorised copying of this product is expressly forbidden. You are permitted to create backups of the font software, provided that: (a) they are stored only at the site where this product is licensed, and (b) the full copyright information is included with each backup copy. You may be held legally responsible for any infringement of HFT's intellectual property rights that is caused or encouraged by your failure to abide by the terms of this Agreement.

## 4. Permitted Uses

This product is licensed only to the Licensee, and may not be transferred to any third party at any time without the prior written consent of HFT. You may not modify, translate, adapt, alter, decompile, disassemble, decrypt, reverse engineer, change or alter the embedding bits, the font name, legal notices contained in the font software, nor seek to discover the source code of the font data, convert into another font format, create bitmaps, add or subtract any glyphs, symbols or accents, or any other derivative works based on the electronic data in this product. Licensee may not supply, directly or indirectly, any HFT font data to any other firm, business or individual for any type of modifications or updates whatsoever. If the Licensee needs to modify or update the font data in anyway in the future, HFT (Licensor) solely will perform and invoice this additional work at its normal prevailing rates. You may not duplicate, modify, adapt, translate or create derivative works based on the printed materials that may have been supplied with this product.  It is a breach of this license agreement to use the product in any way that infringes the rights of any third party under copyright, trademark, patent or any other laws.  In the event of infringing uses by Licensee, this license immediately terminates and Licensee is solely responsible for any such infringing uses including all legal and other damages that may be incurred.

## Embedding Restrictions

PDF embedding of the font software into PDF documents is only permitted in a secured read-only mode that allows only printing and viewing, and prohibits editing, selecting, enhancing or modifying the text. Licensee must ensure that recipients of PDF documents cannot extract the HFT font software from such PDF documents or use the embedded font software for editing purposes or for the creation of new documents. This type of embedding may only be used in a non-commercial, not-for-profit scenario.  If you are unable to limit access to the document to "printing and viewing" only, then the electronic document(s) may not be used on computers that are not Licensed Computers. Examples of non-commercial, not-for-profit permitted usage include PDF documents supplied to Service Bureaus, printers, or any documents that disseminate personal, internal or business information. With the purchase of a Special Font License upgrade (see below), you may, for example, embed and subset the font software into digital for-profit commercial documents, or choose the appropriate Special Font License upgrade for a host of other uses and applications.

**Special Font Licensing**

All commercial for-profit usage requires a Special Font License upgrade and is available for the following scenarios: Web Servers, Web to Print technologies, Webfonts, editable PDFs, PDF editing software (such as uPDF), PowerPoint, Flash, Silverlight or other non-static files or situations where the font software is embedded or subset into electronic documents that permit editing, selecting, enhancing or other modification of the text. A Special Font License is also required for ePublishing, ePub, eBooks, eZines, conversion into any kind of Scalable Vector Graphics (SVG), bitmap fonts, obfuscated fonts, digital news media, subscription services, apps, ios, Android, phones, mobile devices, pagers, handheld reader devices, proprietary reader devices, MOBI, AZW, OEM Licensing, motion pictures, videos, television, DVR menus, movie trailers and credits, acknowledgements, syndication, incorporating the font software into your hardware, software or any other products, such as application programs, interfaces, EPOS, WEPOS, POSReady, operating systems, electronics, electronic games, gaming devices, kiosks, LED displays or similar mediums, automotive displays, signage, alphabet products, scrapbook products or software, adhesive or rub on lettering, embroidery machines, plotters, printers, application software for broadcast graphics, such as Avid, Chyron, Harris, Vizrt, commercial merchandising and goods for sale, (such as clothing apparel and accessories), physical goods, unique branding situations, and any and all other unique or new applications or future technologies, irrespective of operating systems or platforms. Using HFT software without the appropriate license is expressly prohibited. All Special Font Licensing can only be approved, issued and administered directly from HFT. If you require further information or have any questions regarding Special Font Licensing, you must contact HFT directly. email: foundry@hypefortype.com

**5. Limited Warranty**

If the media or the font software contained in this HFT product is found to be defective within 90 days of the date of delivery to the Licensee, HFT will provide suitable replacements at no charge to the Licensee, provided the Licensee can provide proof of purchase. The entire risk of

performance and quality of this product is with the Licensee. HFT does not warrant that this product will operate with all other software products, or that it will satisfy your requirements. HFT's entire liability to the Licensee will not extend beyond replacement of defective media or refund of the purchase price.

### 6. Disclaimer

EXCEPT AS EXPRESSLY PROVIDED ABOVE, THIS PRODUCT IS PROVIDED "AS IS". HFT DOES NOT MAKE ANY WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY HFT, ITS DEALERS, DISTRIBUTORS, AGENTS, OR EMPLOYEES WILL CREATE A WARRANTY OR IN ANY WAY INCREASE THE SCOPE OF THIS WARRANTY, AND LICENSEE MAY NOT RELY UPON ANY SUCH INFORMATION OR ADVICE. HFT SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, OR INCIDENTAL DAMAGES OR ANY OTHER DAMAGES OF ANY KIND WHATSOEVER (INCLUDING DAMAGES FROM LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION AND LOSS OF BUSINESS INFORMATION) ARISING OUT OF THE USE OR INABILITY TO USE THIS PRODUCT. Because laws governing the exclusion or limitation of liability for consequential or incidental damages vary, the above limitation may not be applicable.

### 7. Update Registration

At its option, HFT will, from time to time, provide updates of this product to Licensees who have opted into receiving updates in their HypeForType.com user profile.

### 8. Termination

This Agreement is effective until terminated. This Agreement will terminate automatically without notice from HFT, if the Licensee fails to comply with any provision contained herein. Upon termination of this Agreement, the Licensee must: (a) destroy all copies of the electronic data, including the copy on the disk media originally provided in this product, (b) destroy all written materials provided with this product, if any, and (c) provide HFT with written verification that the product has been destroyed.

### 9. General

You agree to inform your employees or any other person having access to the HFT software and copies thereof, of the terms and conditions of this Standard License Agreement and to ensure that they shall strictly abide by these terms and conditions. You agree that you will not export or re-export the Software in any form without the appropriate United Kingdom and foreign

government licenses. You agree not to sublicense, sell, lease or otherwise transfer the electronic data without the prior written consent of HFT.

## 10. Severability

If any provisions of this Agreement are held to be invalid, illegal or unenforcable, then such provision(s) shall be severed from it, and the validity, legality and enforceability of its remaining provisions shall not be affected or impaired.

## 11. Waiver

Waiver of any right(s) at any time shall not constitute waiver of any right(s) at any future time.

## 12. License Agreement

This Agreement represents the entire Licence Agreement between the Licensor and Licensee. This agreement supersedes any other (HFT) Standard License Agreement which may have been included with the font software or previously displayed on the HFT or its Authorised Distributors' web sites. This Agreement my only be modified by HFT in writing that expressly states that such writing is intended to modify this License Agreement. HFT expressly reserves the right to amend, modify or change this Standard License Agreement at any time without prior notification.

## 13. Jurisdiction

This Agreement represents the entire agreement between the Licensor and Licensee. This Agreement supersedes any other Standard License Agreement which may have been included with the font software or previously displayed on the HFT or its Authorised Distributors' web sites. This Agreement may only be modified by HFT in writing that expressly states that such writing is intended to modify this Agreement. This License Agreement is governed by the laws of the United Kingdom. If you have any questions concerning this Agreement or any matters regarding our products, please email:   foundry@hypefortype.com. HypeForType, the brand and it's logo are trademarks of HypeForType, Ltd. PostScript and Flash are registered trademark of Adobe Systems, Inc. TrueType®, OpenType® and Silverlight® are registered trademarks of Microsoft Corporation. All other brand or product names are the trademarks or registered trademarks of their respective holders and are duly recognised. © Copyright, 2007 - 2013. HypeForType, Ltd.

---

**(HFT) Thinkdust Collection — Standard License Agreement**

---

IMPORTANT NOTICE: HYPEFORTYPE (HFT) IS WILLING TO LICENSE THE LICENSED PRODUCT TO LICENSEE ONLY ON THE CONDITION THAT LICENSEE ACCEPTS THE TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT.  BY PLACING AN ORDER FOR AND ACCEPTING HFT FONT SOFTWARE (ELECTRONIC DATA), OR BY DOWNLOADING THE SOFTWARE AND CLICKING THE "I ACCEPT" BUTTON (OR SIMILAR ONLINE ACCEPTANCE MECHANISM) ACCOMPANYING THIS LICENSE, LICENSEE ACKNOWLEDGES THAT IT HAS READ ALL OF THE TERMS AND CONDITIONS OF THIS AGREEMENT, UNDERSTANDS THEM, AND AGREES TO BE BOUND BY THEM. IF LICENSEE DOES NOT AGREE TO THESE TERMS AND CONDITIONS, LICENSEE MUST PROMPTLY CEASE DOWNLOAD OR DELIVERY OR USE OF THE LICENSED PRODUCT AND RETURN THE LICENSED PRODUCT AND ALL ACCOMPANYING ITEMS, IF ANY, TO HFT OR ITS RESELLER FOR A FULL REFUND OF THE LICENSE FEE WHICH LICENSEE PAID FOR THE LICENSED PRODUCT, AND LICENSEE MUST IMMEDIATELY DELETE ANY PORTION OF THE FONT SOFTWARE INSTALLED ON LICENSEE'S COMPUTER(S).

**1. GRANT OF LICENSE.** In consideration of payment of the license fee, included in the price paid by the Licensee for this product, the Licensor grants to the Licensee a non-exclusive right to use this product, which consists of electronic data to display and output PostScript®, TrueType® or OpenType® typefaces. This electronic data may be installed on up to five (5) CPUs. If you are using this product with more than five (5) CPUs, you are required to obtain a Multi-User License for the appropriate number of CPUs/Users. (See Multi-User Licenses section below). The terms of this Agreement are contractual in nature and not mere recitations. When you order fonts through HypeForType.com, you are able to purchase your Multi-User License(s) at the same time. 1 (a). License Extensions. You are able to add additional Multi-User Licenses for the same font products for a period of three (3) years from the date of your original purchase. 1 (b). Multi-User Licenses

HFT calculates Multi-User Licenses based on the chart below. The price HFT charges you will be calculated based on the Recommended End User Price times the number of CPUs or Users, (whichever is the greater). The maximum number of CPUs licensed is equal to the number of users selected in the applicable receipt. Please retain this receipt as proof.

**Number
of CPUs/Users**          **Price
Multiplier**

| 1-5 | price x 1 |
| 6-15 | price x 2 |
| 16-30 | price x 3 |
| 31-45 | price x 4 |
| 46-65 | price x 5 |
| 66-80 | price x 6 |
| 81-95 | price x 7 |
| 96-120 | price x 8 |
| 121-145 | price x 9 |
| 146-160 | price x 10 |
| 161-180 | price x 11 |
| 181-195 | price x 12 |
| 196-215 | price x 13 |
| 216-230 | price x 14 |
| 231-260 | price x 15 |
| 261-300 | price x 16 |
| 301-335 | price x 17 |
| 336-375 | price x 18 |
| 376-415 | price x 19 |
| 416-460 | price x 20 |
| 461-520 | price x 21 |
| 521-580 | price x 22 |
| 581-640 | price x 23 |
| 641-700 | price x 24 |
| 701-760 | price x 25 |
| 761-820 | price x 26 |
| 821-880 | price x 27 |
| 881-940 | price x 28 |
| 941-1000 | price x 29 |
| 1001+ | contact foundry@hypefortype.com for pricing |

If your Multi-User Licensing requirements exceed our current calculations within the shopping cart please contact HFT for additional information.

**2. OWNERSHIP.** HFT retains intellectual property rights, title and ownership of any of its electronic data provided. This title and ownership extends to copies of the data installed on any computer, downloaded to any output device, or retained on other media by the Licensee as a backup. This license does not constitute an exclusive sale of the original product to the Licensee. This Agreement does not grant you any right to patents, copyrights, trade secrets, trade names, trademarks (whether registered or unregistered), or any other rights, franchises or licenses in respect of the electronic data. No rights are granted to you other than a License to use the electronic data on the terms expressly set forth in this Agreement. The Licensee further acknowledges and

agrees that the structure, organisation and code of the font software are valuable trade secrets and confidential information of HFT. The font software is protected by copyright including without limitation, by United Kingdom Copyright Law, international treaty provisions, and applicable laws in the jurisdiction of use.

**3. COPY RESTRICTIONS.** This product is copyrighted and contains proprietary information and trade secrets of HFT. Unauthorised copying of this product is expressly forbidden. You are permitted to create backups of the font software, provided that: (a) they are stored only at the site where this product is licensed, and (b) the full copyright information is included with each backup copy. You may be held legally responsible for any infringement of HFT's intellectual property rights that is caused or encouraged by your failure to abide by the terms of this Agreement.

**4. PERMITTED USES.** This product is licensed only to the Licensee, and may not be transferred to any third party at any time without the prior written consent of HFT. You may not modify, translate, adapt, alter, decompile, disassemble, decrypt, reverse engineer, change or alter the embedding bits, the font name, legal notices contained in the font software, nor seek to discover the source code of the font data, convert into another font format, create bitmaps, add or subtract any glyphs, symbols or accents, or any other derivative works based on the electronic data in this product. Licensee may not supply, directly or indirectly, any HFT font data to any other firm, business or individual for any type of modifications or updates whatsoever. If the Licensee needs to modify or update the font data in anyway in the future, HFT (Licensor) solely will perform and invoice this additional work at its normal prevailing rates. You may not duplicate, modify, adapt, translate or create derivative works based on the printed materials that may have been supplied with this product.

It is a breach of this license agreement to use the product in any way that infringes the rights of any third party under copyright, trademark, patent or any other laws.  In the event of infringing uses by Licensee, this license immediately terminates and Licensee is solely responsible for any such infringing uses including all legal and other damages that may be incurred.

**EMBEDDING RESTRICTIONS**. PDF embedding of the font software into PDF documents is only permitted in a secured read-only mode that allows only printing and viewing, and prohibits editing, selecting, enhancing or modifying the text. Licensee must ensure that recipients of PDF documents cannot extract the HFT font software from such PDF documents or use the embedded font software for editing purposes or for the creation of new documents. This type of embedding may only be used in a non-commercial, not-for-profit scenario.  If you are unable to limit access to the document to "printing and viewing" only, then the electronic document(s) may not be used on computers that are not Licensed Computers. Examples of non-commercial, not-for-profit permitted usage include PDF documents supplied to Service Bureaus, printers, or any documents that disseminate personal, internal or business information. With the

purchase of a Special Font License upgrade (see below), you may, for example, embed and subset the font software into digital for-profit commercial documents, or choose the appropriate Special Font License upgrade for a host of other uses and applications.

**SPECIAL FONT LICENSING**. All commercial for-profit usage requires a Special Font License upgrade and is available for the following scenarios: Web Servers, Web to Print technologies, Webfonts, editable PDFs, PDF editig software (such as uPDF), PowerPoint, Flash, Silverlight or other non-static files or situations where the font software is embedded or subset into electronic documents that permit editing, selecting, enhancing or other modification of the text. A Special Font License is also required for ePublishing, ePub, eBooks, eZines, conversion into any kind of Scalable Vector Graphics (SVG), bitmap fonts, obfuscated fonts, digital news media, subscription services, apps, ios, Android, phones, mobile devices, pagers, handheld reader devices, proprietary reader devices, MOBI, AZW, OEM Licensing, motion pictures, videos, television, DVR menus, movie trailers and credits, acknowledgements, syndication, incorporating the font software into your hardware, software or any other products, such as application programs, interfaces, EPOS, WEPOS, POSReady, operating systems, electronics, electronic games, gaming devices, kiosks, LED displays or similar mediums, automotive displays, signage, alphabet products, scrapbook products or software, adhesive or rub on lettering, embroidery machines, plotters, printers, application software for broadcast graphics, such as Avid, Chyron, Harris, Vizrt, commercial merchandising and goods for sale, (such as clothing apparel and accessories), physical goods, unique branding situations, and any and all other unique or new applications or future technologies, irrespective of operating systems or platforms. Using HFT software without the appropriate license is expressly prohibited. All Special Font Licensing can only be approved, issued and administered directly from HFT. If you require further information or have any questions regarding Special Font Licensing, you must contact HFT directly. email: foundry@hypefortype.com

**5. LIMITED WARRANTY.** If the media or the font software contained in this HFT product is found to be defective within 90 days of the date of delivery to the Licensee, HFT will provide suitable replacements at no charge to the Licensee, provided the Licensee can provide proof of purchase. The entire risk of performance and quality of this product is with the Licensee. HFT does not warrant that this product will operate with all other software products, or that it will satisfy your requirements. HFT's entire liability to the Licensee will not extend beyond replacement of defective media or refund of the purchase price.

**6. DISCLAIMER.** EXCEPT AS EXPRESSLY PROVIDED ABOVE, THIS PRODUCT IS PROVIDED "AS IS". HFT DOES NOT MAKE ANY WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. NO ORAL OR WRITTEN INFORMATION OR ADVICE GIVEN BY HFT, ITS DEALERS, DISTRIBUTORS, AGENTS, OR EMPLOYEES WILL CREATE A WARRANTY OR IN ANY

WAY INCREASE THE SCOPE OF THIS WARRANTY, AND LICENSEE MAY NOT RELY UPON ANY SUCH INFORMATION OR ADVICE. HFT SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, CONSEQUENTIAL, OR INCIDENTAL DAMAGES OR ANY OTHER DAMAGES OF ANY KIND WHATSOEVER (INCLUDING DAMAGES FROM LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION AND LOSS OF BUSINESS INFORMATION) ARISING OUT OF THE USE OR INABILITY TO USE THIS PRODUCT.

Because laws governing the exclusion or limitation of liability for consequential or incidental damages vary, the above limitation may not be applicable.

**7. UPDATE REGISTRATION.** At its option, HFT will, from time to time, provide updates of this product to Licensees who have opted into receiving updates in their HypeForType.com user profile.

**8. TERMINATION.** This Agreement is effective until terminated. This Agreement will terminate automatically without notice from HFT, if the Licensee fails to comply with any provision contained herein. Upon termination of this Agreement, the Licensee must: (a) destroy all copies of the electronic data, including the copy on the disk media originally provided in this product, (b) destroy all written materials provided with this product, if any, and (c) provide HFT with written verification that the product has been destroyed.

**9. GENERAL.** You agree to inform your employees or any other person having access to the HFT software and copies thereof, of the terms and conditions of this Standard License Agreement and to ensure that they shall strictly abide by these terms and conditions. You agree that you will not export or re-export the Software in any form without the appropriate United Kingdom and foreign government licenses. You agree not to sublicense, sell, lease or otherwise transfer the electronic data without the prior written consent of HFT.

**10. SEVERABILITY.** If any provisions of this Agreement are held to be invalid, illegal or unenforceable, then such provision(s) shall be severed from it, and the validity, legality and enforceability of its remaining provisions shall not be affected or impaired.
**11. WAIVER.** Waiver of any right(s) at any time shall not constitute waiver of any right(s) at any future time.
**12. LICENSE AGREEMENT.** This Agreement represents the entire Licence Agreement between the Licensor and Licensee. This agreement supersedes any other (HFT) Standard License Agreement which may have been included with the font software or previously displayed on the HFT or its Authorised Distributors' web sites. This Agreement my only be modified by HFT in writing that expressly states that such writing is intended to modify this License Agreement. HFT expressly reserves the right to amend, modify or change this Standard License Agreement at any time without prior notification.
**13. JURISDICTION.** This Agreement represents the entire agreement between the

Licensor and Licensee. This Agreement supersedes any other Standard License Agreement which may have been included with the font software or previously displayed on the HFT or its Authorised Distributors' web sites. This Agreement may only be modified by HFT in writing that expressly states that such writing is intended to modify this Agreement. This License Agreement is governed by the laws of the United Kingdom. If you have any questions concerning this Agreement or any matters regarding our products, please write to: **HypeForType Ltd,** P.O. Box 4955, Calleywhite Lane Industrial Estate, Calleywhite Lane, Dronfield, S18 9DZ, United Kingdom. Alternatively you can email: foundry@hypefortype.com

HypeForType, and the Thinkdust Collection are the brands and trademarks of HypeForType, Ltd. PostScript and Flash are registered trademark of Adobe Systems, Inc. TrueType®, OpenType® and Silverlight® are registered trademarks of Microsoft Corporation. All other brand or product names are the trademarks or registered trademarks of their respective holders and are duly recognised. **© Copyright, 2007 - 2013. HypeForType, Ltd.**



## Estimate # 2057

**Contact:** Heather Lucchetti - Sega of America
**Project:** SEGA Rally Online Arcade
**Job Title:** Logo Exploration

**Date:** 11/5/2010 - V1
**AE:** Wendy Ko
**PO:**

---

**Creative Development/Finish**

Preliminary Art
The following fee includes concepts, logo exploration and production costs. Also includes expenses such as lo-res asset creation, comp building, type setting, three (3) rounds of conceptual/art revisions, supervision, and other misc. costs.

Finished Art
The following fee includes expenses and fees required for finishing logo for marketing usage upon concept approval. Included are costs for retouching, hi-res asset rebuilding, three (3) rounds of technical revisions, misc. and buyout. Buyout does not include the costs or usage of stock photography, rights to models likenesses, etc. and are to be negotiated on an individual basis. Includes one final mechanical per creative. Technical revisions are limited to body copy, legal text and legal partner logo revisions. Revisions exceeding 3 rounds are to be billed separately per round. Costs will depend on timing and scope of work.

| Description | Cost |
|---|---|
| Logo Exploration | $5,000.00 |
| **Subtotal:** | **$5,000.00** |
| **Finish:** | **$1,000.00** |
| **Tax:** | **$95.00** |
| **Total:** | **$6,095.00** |

• Additional costs may apply for extra rounds of revisions. Typical costs for conceptual revisions are $500-$3,000 and for technical revisions are $250-$1,500, depending on number of rounds, timing and scope of work.
• Advertising mechanicals are $750-$3,000 each.
• Additional fees may apply for how the final art will be finished. If a 3D model or illustration were to be created, typical costs would be between $7,500-$12,500. If an additional photo shoot were required to execute the finish, costs would be $2,500-$7,500.
• Additional costs may apply for revisions, media, shipping, production, rush, etc.
• All other costs to be billed under separate cover.

420091

Petrol Name _____   Signature _____   Date _____

Client Name _Haruki Satomi_   Signature _____   Date _11/7/2010_

Page 1 of 1

443 N. Varney St, Burbank CA | 91502 | Ph. 323.644.3720 | Fax.323.644.3730 | www.petrolad.com

















ARCADE

**Xbox 360 - Volante Wireless Speed Wheel, Nero con SEGA Rally Online Arcade e Abbonamento Xbox Live 3 Mesi [Bundle]**
di Microsoft Games

Piattaforma: Xbox 360 | Classificato: Nessuna limitazione d'età ©
★★★★★ © (4 recensione clienti)

Prezzo consigliato: EUR 54,90
Prezzo: **EUR 51,98 Spedizione gratuita.** Dettagli
Risparmio: EUR 2,92 (5%)

**Disponibilità immediata.**
Venduto e spedito da Amazon. Confezione regalo disponibile.

**Vuoi la consegna garantita entro giovedì 27 giugno? Ordina entro 21 ore e 8 minuti e scegli la spedizione 1 giorno.** Dettagli
Nuovi 8 venditori da EUR 44,71

Condividi le tue immagini cliente

**Offerte speciali e promozioni**



# ARCADE









SEGA Rally Online Arcade

SEGA Rally Online Arcade will allow gamers to race their friends online.

Read the Review » | Discuss in the Forums »

SEGA Rally Online Arcade Images

See All SEGA Rally Online Arcade Images »

SEGA Rally Online Arcade Videos

This Week in Digital Downloads - PS3
Price Drop, Not Rambo, Crashing

Review Scores

| Platform | GameSpot | Metacritic<br>User Score |
| --- | --- | --- |
| Xbox 360 | 7.0 | 7.0 |
| PS3 | - - | 7.0 |

chrome

One browser for your laptop,
phone and tablet.

Download Chrome































# Review: Sega Rally Online Arcade













